# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EMMANUEL N. LAZARIDIS,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 10-1386 (RMC)** |
| **SOCIAL SECURITY ADMINISTRATION,** *et al.*, | ) ) ) ) | |
| **Defendants.** | ) ) | |

## MEMORANDUM OPINION

Pending before the Court is Defendants' Motion to Dismiss or for Summary Judgment [Dkt. # 17] with regard to Mr. Lazaridis's Freedom of Information Act, 5 U.S.C. § 552, claim. *See* Mem. Op. and Order [Dkt. ## 14, 15] (dismissing all other claims). On October 17, 2012, the Court directed Mr. Lazaridis to respond to the instant motion by November 26, 2012, and advised him that his failure to respond might result in summary dismissal of the case on what would be treated as a conceded motion. Order [Dkt. # 18]. Mr. Lazaridis has litigated four cases before the undersigned judge and has received the foregoing advisements multiple times, twice in this case alone. *See* Orders [Dkt. ## 10, 18]. As to the pending dispositive motion, Mr. Lazaridis has neither filed a response nor sought additional time to respond. Hence, pursuant to Local Civil Rule 7(b), the Court will treat Defendants' motion to dismiss as conceded and will now dismiss the case. *See Slovinec v. Am. Univ.*, 520 F. Supp. 2d 107, 111 (D.D.C. 2007) (discussing enforcement of the local rule) (citations omitted). A memorializing Order will accompany this Memorandum Opinion.

Date:   January 4, 2013

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge